UNITED STATES DISTRICT COURT
For the
Southern District of Florida

| | |
|---|---|
| MAITE MARTINEZ,<br><br>PLAINTIFF,<br><br>v.<br><br>CHERRY BEKAERT, LLP,<br><br>a Foreign for profit corporation<br><br>DEFENDANTS. | Civil Action No. 18-cv-25429<br><br>AFFIDAVIT OF SERVICE |

    I, Shawn Scarborough, a Private Process Server, do hereby certify that I personally served a true and exact copy of the SUMMONS, COMPLAINT, NOTICE OF FILING EXHIBIT TO COMPLAINT & NOTICE OF RIGHT TO SUE in the above captioned matter on December 27th, 2018 at 3:26 pm upon Cherry Bekaert, LLP c/o Paul Fedorkowicz, Registered Agent via Joe McCloud, a partner at the company who is authorized to accept service on his behalf, located at 2626 Glenwood Avenue, Suite 200, Raleigh, NC 27608.

    I further certify that I am over the age of 21 years, not an attorney or a party to this action, and I am not related by blood or marriage to a party to the action or to the person upon whom service is made.

_____
Shawn Scarborough (919)836-2210

Sworn to and subscribed before me
this 28th day of December, 2018.

_____
Notary Public

Leslie C. Smith
Notary Public Printed Name

My commission expires: 3/20/2023