*Attachment C*: Magistrate Judge Jurisdiction Election Form

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 18-25429-Civ-COOKE/GOODMAN

MAITE MARTINEZ,

    Plaintiff,

vs.

CHERRY BEKAERT, LLP,

    Defendant.

_____/

### ELECTION TO JURISDICTION BY A UNITED STATES
### MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs    Yes ✓    No ___
2. Motions for Attorney's Fees    Yes ✓    No ___
3. Motions for Sanctions    Yes ✓    No ___

2/1/19
(Date)      (Signature-Plaintiff's Counsel)

_____      _____
(Date)      (Signature-Plaintiff's Counsel)

2/1/19
(Date)      (Signature-Defendant's Counsel)