UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

CASE NO.: 1:18-cv-25429-MGC

MAITE MARTINEZ,

    Plaintiff,

v.

CHERRY BEKAERT, LLP,
a Foreign for profit corporation,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 3.8, I hereby certify that the instant action:

    ___ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    _X_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this _____ day of January, 2019.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March, 2019, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

**COLE, SCOTT & KISSANE, P.A.**
COLE, SCOTT & KISSANE BUILDING - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

CASE NO.:  1:18-cv-25429-MGC

        COLE, SCOTT & KISSANE, P.A.
        Counsel for Defendant CHERRY BEKAERT,
        LLP, a Foreign for profit corporation
        Cole, Scott & Kissane Building
        9150 South Dadeland Boulevard, Suite 1400
        P.O. Box 569015
        Miami, Florida 33256
        Telephone (786) 268-6415
        Facsimile (305) 373-2294
        Primary e-mail: cody.german@csklegal.com
        Secondary e-mail: andrew.simon@csklegal.com
        Alternate e-mail:  magaly.triana@csklegal.com

By:  <u>s/ Andrew G. Simon</u>
      JOHN CODY GERMAN
      Florida Bar No.:  58654
      ANDREW G. SIMON
      Florida Bar No.:  1002623

1620.0109-00/12659536

CASE NO.: 1:18-cv-25429-MGC

## SERVICE LIST

Lowell J. Kuvin, Esquire
*Attorneys for Plaintiff*
Law Office of Lowell J. Kuvin
17 East Flagler Street
Suite 223
Miami, Florida 33131
Tel: 305-358-6800
lowell@kuvinlaw.com