UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

CASE NO.: 1:18-cv-25429-MGC

MAITE MARTINEZ,

    Plaintiff,

v.

CHERRY BEKAERT, LLP,
a Foreign for profit corporation,

    Defendant.

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Cherry Bekaert, LLP, A Foreign For Profit Corporation, hereby discloses the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement.

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have any interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. **Defendant Cherry Bekaert, Llp, A Foreign For Profit Corporation
c/o undersigned counsel**

    b. **John Cody German, Esq.
Andrew G. Simon, Esq.
Cole, Scott & Kissane, P.A.
P.O. Box 569015**

       **Miami, Florida 33256**
       **Telephone (786) 268-6464; Facsimile (305) 373-2294**
       **Counsel for Defendant, Cherry Bekaert, Llp, A Foreign For Profit Corporation**

c.   **Thamer "Chip" E. Temple, Esq.**
    **Co-Counsel for Defendant, Cherry Bekaert, Llp, A Foreign For Profit Corporation**

d.   **Plaintiff, Maite Martinez**
    **c/o Counsel for Plaintiff**

e.   **Lowell J. Kuvin, Esq.**
    **Law Office of Lowell J. Kuvin**
    **17 East Flagler Street**
    **Suite 223**
    **Miami, Florida 33131**
    **Counsel for Plaintiff, Maite Martinez**

2.   The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None known at this time.**

3.   The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None known at this time.**

4.   The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    **None known at this time.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

CASE NO.:  1:18-cv-25429-MGC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of March, 2019, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

>COLE, SCOTT & KISSANE, P.A.
>Counsel for Defendant CHERRY BEKAERT,
>LLP, a Foreign for profit corporation
>Cole, Scott & Kissane Building
>9150 South Dadeland Boulevard, Suite 1400
>P.O. Box 569015
>Miami, Florida 33256
>Telephone (786) 268-6415
>Facsimile (305) 373-2294
>Primary e-mail: cody.german@csklegal.com
>Secondary e-mail: andrew.simon@csklegal.com
>Alternate e-mail:  magaly.triana@csklegal.com
>
>By:  s/ Andrew G. Simon
>JOHN CODY GERMAN
>Florida Bar No.:  58654
>ANDREW G. SIMON
>Florida Bar No.:  1002623

1620.0109-00/12658984

CASE NO.:  1:18-cv-25429-MGC

## **SERVICE LIST**

Lowell J. Kuvin, Esquire
*Attorneys for Plaintiff*
Law Office of Lowell J. Kuvin
17 East Flagler Street
Suite 223
Miami, Florida 33131
Tel: 305-358-6800
lowell@kuvinlaw.com