UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
Case No: 1:18-25429-CV-MGC

MAITE MARTINEZ,

    Plaintiff,
v.

CHERRY BEKAERT, LLP,
a Foreign for profit corporation,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Sundeep K. Mullick, Esq. of The Law Office of Lowell J. Kuvin, LLC hereby files his Notice of Appearance in the above-styled cause as counsel for Plaintiff.

Respectfully submitted this 11th day of April, 2019.

                                **By: /s Sundeep K. Mullick** _____
                                Sundeep K. Mullick, Esq.
                                Florida Bar No.: 18175
                                sunny@kuvinlaw.com
                                *Law Office of Lowell J. Kuvin*
                                17 East Flagler Street, Suite 223
                                Miami, Florida 33131
                                Tel.: 305.358.6800
                                Fax: 305.358.6808
                                *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will automatically send a copy of the foregoing to all registered counsel in this action.

                                **By: /s Sundeep K. Mullick** _____
                                Sundeep K. Mullick, Esq.
                                *Attorney for Plaintiff*

1