UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-25429-Civ-COOKE/GOODMAN

MAITE MARTINEZ,

    Plaintiff,

vs.

CHERRY BEKAERT, LLP,
*a foreign for profit corporation*,

    Defendant.

_____/

**ORDER DENYING MOTION TO DISMISS**

    THIS MATTER comes before me on Defendant's Motion to Dismiss Plaintiff's Amended Complaint with Prejudice (ECF No. 12). I have reviewed Defendant's Motion, the record, the relevant legal authorities, and the arguments made by the parties at the Motion Hearing on May 15, 2019.

    For the reasons stated at the Motion Hearing, the Court **DENIES** Defendant's Motion to Dismiss (ECF No. 12).

    **DONE and ORDERED** in chambers at Miami, Florida, this 17th day of May 2019.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*