UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
Case No: 1:18-25429-CV-MGC

MAITE MARTINEZ,

    Plaintiff,

v.

CHERRY BEKAERT, LLP,
a Foreign for profit corporation,

    Defendant.
_____/

## NOTICE OF SELECTION OF MEDIATOR

The parties have selected Allene D. Nicholson, Esq. as the mediator for this case.

Respectfully submitted August 7, 2019.

                                                          By:  /s Sundeep K. Mullick _____
                                                            Sundeep K. Mullick, Esq.
                                                             Florida Bar No.: 18175
                                                            sunny@kuvinlaw.com
                                                            *Law Office of Lowell J. Kuvin*
                                                            17 East Flagler Street, Suite 223
                                                           Miami, Florida 33131
                                                           Tel.: 305.358.6800
                                                           Fax: 305.358.6808
                                                           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

       I hereby certify that on August 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will automatically send a copy of the foregoing to all registered counsel in this action.

                                                          By:  /s Sundeep K. Mullick _____
                                                            Sundeep K. Mullick, Esq.
                                                           *Attorney for Plaintiff*

1

Law Office of Lowell J. Kuvin
17 East Flagler Street · Suite 223 · Miami, Florida 33131 · Tel.: 305.358.6800 · Fax: 305.358.6808