UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
Case No: 1:18-25429-CV-MGC-GOODMAN

MAITE MARTINEZ,

      Plaintiff,

v.

CHERRY BEKAERT, LLP,
a Foreign for profit corporation,

      Defendant.
_____/

## NOTICE OF WITHDRAWAL OF MOTION [D.E. #32]

Plaintiff, MAITE MARTINEZ, by and through undersigned counsel, hereby files her

Notice of Withdrawal of *Motion To Compel Compliance With Subpoenas For Production Of*

*Documents Directed To Non-Parties, Philip Schechter, Michael Everett And Ivette Esquerdo,*

*Motion For Contempt And Request For Attorneys' Fees And Costs* [D.E. #32].

Dated: November 20, 2019

Respectfully submitted,

/s/  Lowell J. Kuvin
Lowell J. Kuvin
Fla. Bar No.: 53072
lowell@kuvinlaw.com
Law Office of Lowell J. Kuvin, LLC
17 East Flagler St., Suite 223
Miami, Florida 33131
Tel:    305.358.6800
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 20, 2019, I electronically filed the foregoing document via the Court's CM/ECF system which will automatically send a copy to all registered users in this case.

/s/  Lowell J. Kuvin
Lowell J. Kuvin