UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-25429-CIV-GOODMAN

MAITE MARTINEZ,

    Plaintiff,

v.

CHERRY BEKAERT, LLP,

    Defendant.
_____/

## NOTICE OF MEDIATION

YOU ARE HEREBY NOTIFIED, pursuant to the agreement of the parties, a Mediation Conference shall be held in this case before Marlene Quintana, Esquire, on Wednesday, June 10, 2020, at 10:00 a.m., via video conference.

Respectfully submitted,

GRAYROBINSON, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone (305) 416-6880
Facsimile (305) 416-6887
E-mail: marlene.quintana@gray-robinson.com

By: */s/ Marlene Quintana*
    Marlene Quintana, Mediator
    Florida Bar Number 88358

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 19, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Marlene Quintana*
Marlene Quintana, Mediator

# 1575605 v1