UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

CASE NO.: 1:18-cv-25429-MGC

MAITE MARTINEZ,

    Plaintiff,

v.

CHERRY BEKAERT, LLP, a foreign for profit corporation,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF APPEARANCE

**Alec R. Shelowitz, Esq**. of COLE, SCOTT & KISSANE, P.A. hereby gives notice of his appearance on behalf of Defendant, CHERRY BEKAERT, LLP, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

**COLE, SCOTT & KISSANE, P.A.**
COLE, SCOTT & KISSANE BUILDING - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

CASE NO.: 1:18-cv-25429-MGC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of June, 2020, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

> COLE, SCOTT & KISSANE, P.A.
> Counsel for Defendant *CHERRY BEKAERT, LLP*
> Cole, Scott & Kissane Building
> 9150 South Dadeland Boulevard, Suite 1400
> P.O. Box 569015
> Miami, Florida 33256
> Telephone (786) 268-6415
> Facsimile (305) 373-2294
> Primary e-mail: cody.german@csklegal.com
> Secondary e-mail: andrew.simon@csklegal.com
> Alternate e-mail: alec.shelowitz@csklegal.com

By: s/ *Alec R. Shelowitz*
JOHN CODY GERMAN
Florida Bar No.: 58654
ANDREW G. SIMON
Florida Bar No.: 1002623
ALEC R. SHELOWITZ
Florida Bar No.: 1010127

1620.0109-00/18949468